NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GENERAL PROTECHT GROUP, INC., (FORMERLY KNOWN AS ZHEJIANG DONGZHENG ELECTRICAL CO.), G-TECHT GLOBAL CORPORATION, SECURELECTRIC CORPORATION, AND WAREHOUSE-LIGHTING.COM, LLC,**
*Plaintiffs-Appellees,*

**and**

**CENTRAL PURCHASING, LLC AND HARBOR FREIGHT TOOLS USA, INC.,**
*Plaintiffs-Appellees,*

**v.**

**LEVITON MANUFACTURING CO., INC.,**
*Defendant-Appellant.*

---

2011-1115

---

Appeal from the United States District Court for the District of New Mexico in case no. 10-CV-1020, Judge James O. Browning.

## ON MOTION

---

## O R D E R

Leviton Manufacturing Co., Inc. moves to expedite the briefing schedule and moves for a stay, pending appeal, of the preliminary injunction entered by the United States District Court for the District of New Mexico.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to expedite is granted to the following extent: The appellant's opening brief is due no later than December 29, 2010. The appellees' briefs are due no later than February 3, 2011. The appellant's reply brief and the joint appendix are due no later than February 14, 2011. Briefs must be served in an expedited manner. The case will be scheduled on the April 2011 calendar.

(2) The appellees' responses to the motion for a stay are due no later than 5 p.m. on Friday, December 17, 2010.

FOR THE COURT

DEC 1 0 2010

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc: Mark J. Rosenberg, Esq.
Ann G. Fort, Esq.
Larry L. Shatzer, Esq.

s8

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

DEC 1 0 2010

JAN HORBALY
CLERK